COURT OF APPEALS OF VIRGINIA

Present: Judges Petty, Chafin and Senior Judge Annunziata

MEDELA, INC. AND
  ARROWOOD INDEMNITY COMPANY
  AS SUCCESSOR IN INTEREST TO
  FIRE & CASUALTY INSURANCE
  CO. OF CONNECTICUT

                                                    MEMORANDUM OPINION[*]
v.      Record No. 1086-14-4                             PER CURIAM
                                                        OCTOBER 7, 2014

KELLY ANTEKEIER

            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Jessica A. Gorman; Kalbaugh, Pfund & Messersmith, on brief), for
            appellants.

            (James E. Swiger, on brief), for appellee.


        Medela, Inc. and Arrowood Indemnity Company, as successor in interest to Fire &

Insurance Co. of Connecticut, its insurer, (collectively "employer") appeal from a May 14, 2014

opinion of the Workers' Compensation Commission ("commission"). The commission affirmed

a deputy commissioner's opinion finding employer responsible for certain necessary medical

treatment causally related to Kelly Antekeier's December 13, 1999 industrial accident. On

appeal, employer contends the commission erred by (1) "affirming that the claimant's ongoing

treatment with trigger point injections, and the requested Botox therapy, is reasonable, necessary,

and causally related to the work related accident of December 13, 1999," (2) "holding that the

claimant's requested total right knee replacement surgery was causally related to the industrial

accident," and (3) "holding that the claimant's left knee injury and accident which took place on

_____
        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

or about April 21, 2013, is a compensable consequence to the work accident of December 13, 1999."

Upon reviewing the record and the parties' briefs, we conclude that this appeal is without merit. Accordingly, we summarily affirm the commission's decision. Rule 5A:27. We affirm for the reasons stated by the commission in its final opinion. See Antekeier v. Medela, Inc., JCN 2035580 (May 14, 2014). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.